IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV495-RJC-DCK

| | |
|---|---|
| LONDON WARD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CITY OF CHARLOTTE, DONALD W. BRADSHAW, SEANN P. SCANLON, and WILLIAM D. DOTSON, | ) |
| Defendants. | ) |

For good cause shown, it is hereby ORDERED that the Consent Motion to Extend Pretrial Order Deadlines (Document #8) filed January 7, 2008 is hereby **GRANTED** and that the following deadlines shall be in effect:

    Discovery deadline:    March 10, 2008

    Mediation deadline:    March 10, 2008

    Motions deadline:    April 7, 2008

Signed: January 7, 2008

David C. Keesler
United States Magistrate Judge