UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:06-cv-495-RJC

| | |
|---|---|
| LONDON J. WARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF CHARLOTTE, DONALD W. BRADSHAW, SEANN P. SCANLON, and WILLIAM D. DOTSON, | ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on its own Motion. On March 25, 2008, Magistrate Judge Keesler ordered that the Plaintiff show cause before April 22, 2008, why his case should not be dismissed and closed. Plaintiff has failed to respond within the requisite time and has not otherwise taken any other action in prosecution of this action.

**NOW THEREFORE, IT IS ORDERED** that pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is **DISMISSED WITHOUT PREJUDICE**.

Signed: September 29, 2008

Robert J. Conrad, Jr.
Chief United States District Judge